IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
OCT 26 2018
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 18–06–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHAD A. THOMPSON, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 31.)

IT IS ORDERED that the motion (Doc. 31) is GRANTED. The forfeiture action in this case is DISMISSED.

DATED this 26th day of October, 2018.

Dana L. Christensen, Chief District Judge
United States District Court