IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD A. THOMPSON,<br><br>Defendant. | CR 18–6–BU–DLC<br><br><br><br>ORDER |

Following Mr. Thompson's final revocation hearing on January 17, 2023 (Doc. 66), the Court was informed that Mr. Thompson was not advised at this hearing of his right to appeal the Court's judgment within 14 days of its entry. Although Mr. Thompson's counsel is no doubt aware of this right and its time constraints, the Court hereby advises Mr. Thompson that he has the right to appeal the Court's judgment (Doc. 66) within 14 days of its entry, and that if he fails to file an appeal within that timeframe, any appeal would be barred.

DATED this 17th day of January, 2023.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court