IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD A. THOMPSON,<br><br>Defendant. | CR 18–06–BLG–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 81.)  Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Mr. Thompson's admissions at the hearing, that he violated seven conditions of his supervised release: the standard condition that he must notify the probation officer at least 10 days before any change in living arrangements (Stand. Cond. 5); the standard condition that he must not

1

communicate or interact with someone he knows is engaged in criminal activity (Stand. Cond. 8); the standard condition that he must notify the probation officer at least 10 days before any change in employment (Stand. Cond. 7); the special condition that he must participate in substance abuse testing (Spec. Cond. 4); the standard condition that he must answer truthfully the questions asked by his probation officer (Stand. Cond. 4); the mandatory condition that he must not commit another federal, state, or local crime (Mand. Cond. 1); and the special condition that he must participate in the CAMO Court and not terminate from the program without approval from the U.S. Probation Office (Spec. Cond. 8). (Doc. 81 at 6–9.)

Judge Cavan recommends that this Court revoke Mr. Thompson's supervised release and sentence him to a custodial sentence of twelve (12) months imprisonment with no term of supervised release to follow. (*Id.* at 9.) The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 81) are ADOPTED in full.

Mr. Thompson shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 16th day of May, 2024.

2

Dana L. Christensen, District Judge
United States District Court